CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SUHAS SUBRAMANYAM,

    Plaintiff,

        v.

JOSEPH B. EDLOW, Director, United States
Citizenship and Immigration Services, *et al.*,

    Defendants.

Case No. 5:26-cv-00350-NC

**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND ORDER**

On March 24, 2026, the Court granted the parties' stipulation to extend time for Defendants' response to Plaintiff's complaint, setting a due date for Defendant's response as April 22, 2026. *See* Dkt. 10. Plaintiff and Defendants now stipulate and respectfully request the Court to grant an additional extension of time for Defendants' response to Plaintiff's complaint and set a due date for May 8, 2026. The parties make this request because the agency needs an additional brief period of time to prepare their response. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants file their motion for summary judgment by July 6, 2026.

//

//

Stipulation to Extend
Case No. 5:26-cv-00350-NC                                        1

Dated: April 22, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: April 22, 2026

*/s/ Suhas Subramanyam*
SUHAS SUBRAMANYAM
Pro Se Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  April 23, 2026

HON. NA̲̅        ̲̅S
United S̲tate̲        ̲ge

GRANTED
Judge Nathanael M. Cousins

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 5:26-cv-00350-NC                    2

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendant in the above-captioned action.

2.      On March 24, 2026, the Court granted the parties' stipulation to extend time for Defendants' response to Plaintiff's complaint, setting a due date for Defendant's response as April 22, 2026. *See* Dkt. 10.

3.      My office has been conferring with the agency regarding this case and we determined that Defendants need an additional brief period of time to prepare their response. Accordingly, my office contacted Plaintiff regarding Defendants' request for an additional extension of time to prepare their response to the complaint, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  April 22, 2026

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney